MCGREGOR W. SCOTT
United States Attorney

JULIE S. SALTMAN
District of Columbia Bar # 975015
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-3544
Fax: (202) 514-6770
E-mail: julie.s.saltman@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                     )<br>              Petitioner,                         )<br>                                                     )<br>       v.                                            )<br>                                                     )<br>WILLIAM J. MOORE, a/k/a           )<br>LLOYD BLEVENS,                          )<br>                                                     )<br>              Respondent.                    ) | Case No. 1:07-mc-00026-SMS<br><br><br><br><br>ORDER TO ENFORCE INTERNAL<br>REVENUE SERVICE SUMMONS |

Upon consideration of the United States' Petition to Enforce Internal Revenue Service Summons, and related declarations, and for good cause shown, it is hereby ORDERED that the United States' Petition to Enforce Internal Revenue Service Summons (docket entry 1) is GRANTED.

It is further ORDERED that WILLIAM J. MOORE, shall appear before Revenue Agent George Campos or any other IRS officer or employee at a time and place to be determined by the IRS to give testimony and to produce for examination and copying the documents requested by the summons issued by Revenue Agent Campos to him on October 24, 2006.

IT IS SO ORDERED.

**Dated:    July 13, 2007**              _____/s/ Sandra M. Snyder_____
                                                           UNITED STATES MAGISTRATE JUDGE