MCGREGOR W. SCOTT
United States Attorney

JULIE S. SALTMAN
District of Columbia Bar # 975015
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-3544
Fax: (202) 514-6770
E-mail: julie.s.saltman@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-mc-00026-SMS |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM J. MOORE, a/k/a ) | ORDER TO SHOW CAUSE |
| LLOYD BLEVENS, ) | |
| ) | |
| Respondent. ) | |

Upon the Petition of the United States, the Declaration of Revenue Agent George Campos, and the Declaration of Revenue Officer Marilyn Collins, including the exhibits attached thereto, it is

ORDERED that the respondent, William J. Moore, also known as Lloyd Blevens, appear before the Honorable Sandra M. Snyder, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California 93721 on the  14th  day of  September , 2007, at 9:30 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons issued to him on October 24, 2006.

It is further ORDERED that:

1.     A copy of this Order to Show Cause, together with one copy each of the of the Order to Enforce Internal Revenue Service Summons, the Petition to Enforce Internal Revenue

1  Service Summons, the Declaration of George Campos, and the Declaration of Marilyn Collins
2  shall be served by an employee of the IRS or a private process server in accordance with Rule
3  4(e) of the Federal Rules of Civil Procedure upon the respondent within 21 days of the date that
4  this Order is served upon counsel for the United States or as soon thereafter as possible.

5     2.   The petitioning IRS revenue agent's group manager, and all federal employees
6  designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4(c)(2) to serve
7  process in this proceeding.

8     3.   Proof of any service done pursuant to paragraph 1, above, shall be filed with the
9  Clerk as soon as practicable.

10    4.   The file reflects a *prima facie* showing that the investigation is conducted for a
11 legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought
12 is not already within the Commissioner's possession, and that the administrative steps required
13 by the Code have been followed.  *United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The
14 burden of coming forward therefore has shifted to whoever might oppose enforcement.

15    5.   If there is any defense to present or opposition to the Petition, such defense or
16 opposition shall be made in writing, supported by affidavit, and filed with the Clerk and copies
17 shall be served on counsel for the United States in Washington, D.C., at least 14 days prior to the
18 date set for the show cause hearing.  The United States may file a reply memorandum to any
19 opposition at least 5 days prior to the date set for the show cause hearing.

20    5.   At the show cause hearing, only those issues brought into controversy by the
21 responsive pleadings and factual allegations supported by affidavit or declaration will be
22 considered.  Any uncontested allegation in the petition will be considered admitted.

23    6.   The respondent may notify the Court, in a writing filed with the Clerk and served
24 on counsel for the United States at least 14 days prior to the date set for the show cause hearing,
25 that respondent has no objection to enforcement of the summons.  The respondent's appearance
26 at the hearing will then be excused.

27

28 Order to Show Cause
   Re: Enforcement of IRS Summons                - 2 -

1     7.     The respondent's failure to comply with this Order may subject him to sanctions for contempt of court.

It is SO ORDERED.

Dated: June 12, 2007       /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE