1     MCGREGOR W. SCOTT
       United States Attorney

3     JULIE S. SALTMAN
       District of Columbia Bar # 975015
       Trial Attorney, Tax Division

4     United States Department of Justice
       P.O. Box 7238, Ben Franklin Station

5     Washington, DC 20044
       Telephone: (202) 353-3544

6     Fax: (202) 514-6770
       E-mail: julie.s.saltman@usdoj.gov

7

    Attorneys for Petitioner United States of America

8

9

10            IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF CALIFORNIA
                      FRESNO DIVISION

11

12    UNITED STATES OF AMERICA,      )    1:07 CV 1343 OWW SMS
                             )    ~~Case No. 07-mc-00026-SMS~~

13              Petitioner,         )
                             )

       v.                           )

14                              )

    WILLIAM J. MOORE, a/k/a         )    ORDER ENFORCING INTERNAL
15    LLOYD BLEVENS,             )    REVENUE SERVICE SUMMONS
                             )

16              Respondent.       )

17        Upon consideration of the United States' Petition to Enforce Internal Revenue Service

18 Summons, and related declarations, and for good cause shown, it is hereby ORDERED that the

19 United States' Petition to Enforce Internal Revenue Service Summons (docket entry 1) is

20 GRANTED.

21        It is further ORDERED that WILLIAM J. MOORE, shall appear before Revenue Agent

22 George Campos or any other IRS officer or employee at a time and place to be determined by the

23 IRS, on or before October 15, 2007, to give testimony and to produce for examination and

24

25

26

27

28

1   copying the documents requested by the summons issued by Revenue Agent Campos to him on

2   October 24, 2006.

3       The court finds that the parties were properly served with the show cause order in

4   accordance with the requirements of Federal Rule of Civil Procedure 4(e).

5

6   Dated: **9/14/07**

                    UNITED STATES DISTRICT JUDGE

7                            S. M. SNYDER

- 2 -