# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM J. MOORE, a/k/a LLOYD BLEVENS,<br><br>        Defendant. | 1:07-cv-1343 OWW SMS<br><br>ORDER DISMISSING ACTION |

A Scheduling Conference in the case was held January 10, 2008.  The Plaintiff, United States of America, appeared by Julie S. Saltman, Esq., Trial Attorney, Tax Division, U.S. Department of Justice.  There was no appearance by the Respondent.

Plaintiff advises that the government has been unable to locate the Respondent and has moved to voluntarily dismiss, without prejudice, its petition to enforce Internal Revenue Summons pursuant to Rule 41(a), Fed. R. Civ. Proc. 41(a)(1)(i).

GOOD CAUSE APPEARING, as stated in the Notice of Voluntary Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

1 | **Dated:   January 10, 2008** | /s/ Oliver W. Wanger
| | UNITED STATES DISTRICT JUDGE